UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERANUHI DANIELYAN dba D&D KARABAKH MARKET,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | CASE NO. 1:13-CV-1601 AWI SAB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 9, 2013 |

Plaintiff has made a motion to stay administrative action. Doc. 8.  Defendant opposes the motion Doc. 13.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 9, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2013                                  _____

SENIOR  DISTRICT  JUDGE