# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERANUHI DANIELYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  1:13-cv-01601-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 19) |

Plaintiff Yeranuhi Danielyan filed this action on October 4, 2013.  On January 6, 2014, the parties filed a notice of settlement.  Pursuant to the parties' notice of settlement, the parties are HEREBY ordered to file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **January 7, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1