1  Justin T. Campagne, #211825
   Wiley R. Driskill, #253913
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California  93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617
   cc@campagnelaw.com
6
   Attorneys for Yeranuhi Danielyan dba
7  D&D Karabakh Market

8  Benjamin B. Wagner
   United States Attorney
9  Alyson A. Berg
   Assistant United States Attorney
10 2500 Tulare Street, Ste. 4401
   Fresno, CA 93721
11 Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
12
   Attorneys for United States
13

14                **UNITED STATES DISTRICT COURT**

15        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16                     **FRESNO DIVISION**

17 YERANUHI DANIELYAN dba         ) Case No. 1:13-cv-01601
   D&D KARABAKH MARKET,           )
18                                ) **STIPULATION AND NOTICE OF**
                Plaintiffs,       ) **VOLUNTARY DISMISSAL PURSUANT**
19                                ) **TO FEDERAL RULE OF CIVIL**
        vs.                       ) **PROCEDURE 41(a)(2)**
20                                )
   UNITED STATES OF AMERICA,      )        **AND**
21                                )
                Defendant.        ) **ORDER**
22                                )
                                  )
23 _____   )

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN

2  DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF

3  RECORD:

4        Pursuant to the agreement between Plaintiff Yeranuhi Danielyan and

5  Defendant United States of America and pursuant to Federal Rule of Civil Procedure

6  41(a)(2), Plaintiff Yeranuhi Danielyan, by and through her attorney, hereby voluntarily

7  dismiss Defendant United States of America from the above-captioned action with

8  prejudice; all parties to bear their own attorney's fees and costs.

9        A [Proposed] Order is set forth below.

10  Dated: _____        Campagne, Campagne & Lerner,
A Professional Corporation

11

12        By _____

13        Justin T. Campagne
Attorneys for Plaintiff Yeranuhi Danielyan

14  Dated: _____        Benjamin B. Wagner
United States Attorney

15

16        By _____

17        Alyson A. Berg
Assistant United States Attorney
Attorneys for Defendants United States

18  jfh:F:\DATA\docs\Hayrapetyan\Pleadings\Ntc of Dismissal-011614.doc

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER

Page 1

1

**ORDER**

2

Based upon the stipulation of the parties, and good cause appearing:

3

IT IS HEREBY ORDERED that Defendant United States of America is

4

dismissed from the above-captioned action with prejudice, all parties to bear their own

5

attorney's fees and costs.

6

7

IT IS SO ORDERED.

8

Dated:   January 21, 2014                    _____

9

SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

:F:\DATA\docs\Hayrapetyan\Pleadings\Ntc of Dismissal-011614.doc

19

20

21

22

23

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER

Page 2